JOHN MCDERMOTT, JR., APPELLANT, VS. ANNA L. REEVES, BY HER NEXT FRIEND, LEE M. REEVES, APPELLEE.

Writ of Error to Circuit Court Polk county.

*G. A. Hanson,* for Appellant.

No appearance for the Appellee.

This action was brought by the appellee against the appellant. There was judgment for the plaintiff and the defendant appeals. The judgment is affirmed.

Decision Per Curiam.